(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

FILED
MAY - 8 2009
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Nuel Santiago - 152864
(Name of Plaintiff) (Inmate Number)

23207 DuPont Blvd - Georgetown, DE. 19947
(Complete Address with zip code)

(2)____________________
(Name of Plaintiff) (Inmate Number)

____________________
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) William Oetkel (Warden)
(2) officer Highline (Correctional officer)
(3)____________________
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

09 - 334
(Case Number)
( to be assigned by U.S. District Court)

## CIVIL COMPLAINT

• • Jury Trial Requested

**I. PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

____________________

____________________

____________________

____________________

____________________

____________________

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • • Yes (circled) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • • Yes (circled) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed a grievance and wrote a letter to the warden

2. What was the result? The grievance was deemed non grievable and the letter to the warden yielded no response

D. If your answer to "B" is No, explain why not: ______

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: William Oetkl

Employed as Warden at Sussex Violation of Probation Unit

Mailing address with zip code: SCCC - SVOP/SWRU - 23207 Dupont Blvd - Georgetown, DE. 19947

(2) Name of second defendant: Officer Highlinne

Employed as Correctional Officer at Sussex Violation of Probation Unit

Mailing address with zip code: SCCC - SVOP/SWRU - 23207 Dupont Blvd. - Georgetown, DE. 19947

(3) Name of third defendant: ______

Employed as ______ at ______

Mailing address with zip code: ______

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

**IV. STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 3-31-09 I returned to the S.V.O.P. Center after working on the Highway Road Crew. After being strip searched by Officer Atkins I saw one of the inmate laundry workers in the laundry/Staging area. I explained to him that my laundry bag did not come back to me

2. the previous night. He found my bag and returned it to me. Officer Highline saw me with the laundry bag and accused me of stealing it. He took the bag and ordered me outside. He put shackles on my ankles and told me to "roll a log". I

3. asked him which direction he wanted me to roll it. He then, without warning, proceeded to use cap-stun on me, punched me in my right eye, punched me in the ribs and then hit me in the back. The force was unnecessary and excessive.

**V. RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To implement a restraining order between myself and officer Highline immediately. Also, to award appropriate monetary relief.

2. I assert that $50,000 in punitive damages is appropriate, citing abuse of authority as an aggravating factor.

3. ______

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of April, 2009.

Noel Santiago
(Signature of Plaintiff 1)

______
(Signature of Plaintiff 2)

______
(Signature of Plaintiff 3)

V-09-121

[illegible]: S.V.O.P [illegible]: 3/31/09

[illegible]: Noel Santiago [illegible]: 152864

[illegible]: _______ [illegible]: 2:52 pm

[illegible]: pod 4-2B

[illegible] THE INCIDENT OR ANY WITNESSES.

When I came in from work on 3/31/09 with officer atkins when finished strip search came out and asked laundry worker if any missing laundry bags came back and he said yes and proceeded to give me my bag to take back to the pod with me. Meanwhile officer highline said to me on my way back to the pod that I stole the bag. he took me outside to the log cuffed my hands & told me to call the log when I asked him witch way he immediatly pepper sprayed me & started hitting on my face & chest I did not deserve this respone by any means he was totatlly out of line and needs to be handled with accordingly

ACTION REQUESTED BY GRIEVANT:

GRIEVANT'S SIGNATURE: [signature] DATE: 3/31/09

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) ✓ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:__________ DATE:__________

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE

[illegible]

[illegible] complaints prior to filing a regular grievance. [illegible] within seven(7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

[illegible] weekend or a holiday, it will be reviewed during the next working day.

---

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s).

______ Vulgar/Abusive or Threatening Language. The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

______ Non-Grievable. This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. ______ Disciplinary Action ______ Parole Decision ______ Classification Action

______ Request. Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

______ Duplicate Grievance(s). This issue has been addressed previously in Grievance #______________.

______ Original Grievances must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

______ Inquiry on behalf of other inmates. Inmates cannot submit grievances for other inmates.

______ Expired filing period. Grievance exceeds seven(7) days from date of occurrence.

MUST WRITE TO WARDEN / STAFF ISSUE

[signature] 4/6/09

Inmate Grievance Chairperson Date

Noel Santiago
SCCC
SVOP/SWRU
23207 DUPONT BLVD
GEORGETOWN DE 19947







USA 42

U.S. District Court
J. Caleb Boggs Federal Bldg.
Lock Box 18
844 North King Street
Wilmington, DE. 19801